**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WALKER JOHNSON & TONYA JOHNSON, h/w** | **Civil Action No.** |
| Plaintiff, | **2:12-cv-06653-AB** |
| **vs.** | |
| **WELTMAN, WEINBERG & REIS CO., L.P.A.,** | |
| Defendant. | |

## STIPULATION

It is hereby stipulated and agreed by and between counsel for Plaintiffs, Walker Johnson and Tonya Johnson, and counsel for Defendant, Weltman, Weinberg & Reis, Co., L.P.A., that Defendant, Weltman, Weinberg & Reis, Co., L.P.A., shall have an extension of time through January 16, 2013 within which to file a response to Plaintiffs' Complaint.

/s/ Brent F. Vullings
BRENT F. VULLINGS, ESQUIRE
Vullings Law Group, LLC
3943 Ridge Pike, Suite 102
Collegeville, PA 19426
Phone (610) 489-6060
Attorney for Plaintiffs
Walker Johnson and
Tonya Johnson

/s/ Ronald M. Metcho
RONALD M. METCHO, ESQUIRE
Marshall, Dennehey, Warner,
Coleman & Goggin, P.C.
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Phone (215) 575-2595
Attorneys for Defendant
Weltman, Weinberg & Reis, Co.,
L.P.A.

So Ordered.

Dated: _____

_____
Honorable Anita B. Brody
United States District Judge