UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALKER JOHNSON & TONYA JOHNSON, h/w** )<br>)<br>**Plaintiffs** )<br>)<br>vs. )<br>)<br>**WELTMAN, WEINBERG & REIS CO., L.P.A.** )<br>**Defendant** ) | Case Number 2:12-cv-06653 |

## STIPULATION OF DISMISSAL

AND NOW, this 30th day of January 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant that the above captioned matter be dismissed without prejudice. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: /s/ *Andrew M. Schwartz*
Andrew M. Schwartz, Esquire
Attorney for Defendant